UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| GINA M. CLARY | CIVIL ACTION NO. 05-0324 |
| versus | JUDGE HICKS |
| | **REFERRED TO:** |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **MAGISTRATE JUDGE HORNSBY** |

## **J U D G M E N T**

In accordance with the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **AFFIRMED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this 15th day of May, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE